IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CV-241-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ERIC O. JONES, SR., ET AL, | ) | |
| | ) | |
| Defendants. | ) | |

For good cause being shown upon the joint motion of the parties, it is hereby ORDERED that

This civil proceeding is hereby STAYED until resolution of the related criminal proceeding, and stay the entry of the Scheduling Order in this action, based upon judicial economy and the interests of justice.

IT IS FURTHER ORDERED that the United States, through counsel, shall inform the Court and the other defendants upon the resolution of the related criminal action.

So ordered this **18** day of October, 2010.

JAMES C. DEVER, III
United States District Judge