IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CV-241-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ERIC O. JONES, SR., ET AL, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

For good cause shown by the United States, it is hereby ORDERED that this civil proceeding is hereby stayed for 45 days from the entry of this Order based upon judicial economy and the interests of justice.

SO ORDERED this 1 day of December, 2014.

_____
JAMES C. DEVER III
Chief United States District Judge