IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CV-241-D

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) |
| | ) |
| ERIC O. JONES, SR., DAVID JOSEPH PIKUL, DONALD JACOB SCHILLER, SR., And JOSEPH L. FLOOD, III, | ) |
| | ) |
| DEFENDANTS. | ) |

### ORDER OF DISMISSAL OF ERIC O. JONES, SR.

For good cause shown, the Court hereby GRANTS the United States' motion to voluntarily dismiss remaining defendant Eric O. Jones from this action, and ORDERS that this action as to Eric O. Jones, Sr., be dismissed without prejudice, each party to bear its own costs and attorneys' fees.

SO ORDERED this __11__ day of __May__ 2015.

JAMES C. DEVER III
Chief United States District Judge